1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Douglas Lipstone (SBN 141104)
*doug@weinberg-gonser.com*
Bryan Bitzer (SBN 324301)
*bryan@weinberg-gonser.com*
WEINBERG GONSER LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone:  (424) 239-2850
Facsimile:  (424) 238-3060

Attorneys for Plaintiff
MARATHON PROFESSIONAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARATHON PROFESSIONAL, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>SONIDO LIVE, a California corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF FOR:**<br><br>1. **FEDERAL TRADEMARK INFRINGEMENT**<br>2. **FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN**<br>3. **UNFAIR COMPETITION IN VIOLATION OF CAL. BUS. & PROF. CODE § 17200**<br>4. **COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**<br>5. **FEDERAL TRADEMARK DILUTION**<br>6. **TRADEMARK DILUTION AND INJURY TO BUSINESS REPUTATION IN VIOLATION OF CAL. BUS. & PROF. CODE § 14247**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff MARATHON PROFESSIONAL ("Marathon" or "Plaintiff"), by and through its attorneys, brings this action and alleges against defendant SONIDO LIVE ("Sonido" or "Defendant") as follows:

## NATURE OF THE ACTION

1.      This action arises from Sonido's decision to continually and maliciously use Plaintiff's trademark in an effort to deceptively drive traffic from Plaintiff's website to Sonido's, and Sonido's refusal to recognize, discuss or remediate the confusion it has caused and continues to cause among consumers. Plaintiff is the beneficiary of a hard-earned reputation in the sound and lighting equipment industry. When Sonido opened its directly competitive store just down the street from Plaintiff's store, Sonido could have launched its own unique marketing campaign to build up the Sonido brand. Instead it chose to use Plaintiff's trademark, which had been in use for over twenty years, to divert consumers away from Plaintiff's business, as well as to create a connection, affiliation or sponsorship between the newly-established Sonido and the long-standing Six Star DJ brand. This violates the Lanham Act, 15 U.S.C. § 1114 et seq., California Business and Professions Code § 17200 et seq., and California Business and Professions Code § 14247.

## JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338 because this action arises under the Lanham Act, 15 U.S.C. § 1051, et seq. The Court has supplemental jurisdiction over Marathon's state law claims under 28 U.S.C. § 1367.

3.      This Court has personal jurisdiction over Sonido because Sonido does business in this judicial district.

4.      Venue is proper in this judicial district because Defendants are subject to the Court's personal jurisdiction.  28 U.S.C. §1391.

///

///

**THE PARTIES**

5.     Plaintiff is a California corporation with its principal place of business located at 950 E 11th St., Los Angeles, CA 90021.  Plaintiff is in good standing with the California Secretary of State.

6.     On information and belief, Defendant is a California corporation with its principal place of business located at 1140 E. 11th Street, Los Angeles, CA 90021.

7.     Plaintiff is ignorant of the true names and capacities of the defendants sued in this Complaint as Does 1 through 10, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this Complaint to allege the true names and capacities of the Doe defendants when ascertained. Each of the fictitiously named defendants is responsible in some manner for the conduct alleged in this Complaint, and Plaintiff's damages are actually and proximately caused by the conduct of such defendants.

**GENERAL ALLEGATIONS**

8.     Plaintiff is currently, and for years has been, one of downtown Los Angeles' top suppliers of DJ, professional audio, live sound, lighting, computer audio, and musical instrument equipment, including products from some of the top brands in the music industry.

9.     At least as early as 1996, Plaintiff has been using the "Six Star DJ" name to signify the quality and reputation of Plaintiff's business.

10.     Plaintiff is the owner of the trademark registration for the standard character mark SIX STAR DJ (Reg. No. 2413546) issued by the United States Patent and Trademark Office on December 19, 2000 and covering the following services: Distributorship services in the field of audio and lighting products, namely, amplifiers, mixers, effect processors, lighting packages, fog machines, speakers, rackcases, and microphones.

///

///

COMPLAINT FOR TRADEMARK INFRINGEMENT DEMAND FOR JURY TRIAL
2

11.     Defendant Sonido Live opened a directly competitive retail audio business in 2017, just down the street from Plaintiff.  Since then, it has also ventured into lighting and video equipment.

12.     In or around February 2019, Plaintiff became aware that Sonido was using the "Six Star DJ" name to market its products online, as well as in the meta data for Sonido's website, and in search engine optimization strategies, all of which would direct on-line users searching for Plaintiff's SIX STAR DJ brand not to Plaintiff's website, but instead to Sonido's website.

13.     On February 21, 2019, Plaintiff ran a Google search across separate platforms for both "Six Star DJ" and "Six Star DJ Gear, Pro Audio & Lighting", which showed clearly that Sonido was still using the "Six Star DJ" name to drive traffic to its website, despite Mr. Rezvani's assurance that such actions would cease. A true and correct copy of Plaintiff's February 21, 2019 Google search results is attached hereto as **Exhibit A**.

14.     When Plaintiff followed the Google link labeled "Six Star Pro DJ", it landed on an *entire* section of Sonido's website labeled, "Six Star DJ Packages", on which Sonido listed various pieces of equipment for sale. A true and correct copy of the "Six Star DJ Packages" page of Sonido's website as it appeared on February 21, 2019 is attached hereto as **Exhibit B[1]**.

15.     On or around February 25, 2019, Plaintiff met with the owner of Sonido, Michael Rezvani, about Sonido's use of the "Six Star DJ" name.  Mr. Rezvani agreed to take down all Sonido pages that used the name by February 28, 2019.

16.     On March 2, 2019, Plaintiff ran Google searches for both "Six Star DJ" and "Six Star DJ Gear, Pro Audio & Lighting" across separate platforms, and yielded identical results to its February 21, 2019 search. A true and correct copy of Plaintiff's March 2, 2019 Google search results is attached hereto as **Exhibit C**.

---

[1] Please note that each of Exhibit B, E. and G appear to begin at page 7 of the relevant page list.  The first six pages of each exhibit are redacted because they either (a) contain irrelevant information, or (b) are blank due to image issues with the website.

17.     On April 12, 2019, Plaintiff ran a Google search on its desktop platform for "Six Star DJ".  The second listed result – appearing before *any* result involving Plaintiff – was a link to the "Six Star DJ Packages" section of Sonido's website.  A true and correct copy of Plaintiff's April 12, 2019 Google search results is attached hereto as **Exhibit D**.  A true and correct copy of the "Six Star DJ Packages" page of Sonido's website as it appeared on April 12, 2019 is attached hereto as **Exhibit E**.

18.     On May 14, 2019, Plaintiff ran a Google search on its desktop platform for "Six Star DJ".  Once again, the second listed result was a link to the "Six Star DJ Packages" section of Sonido's website.  A true and correct copy of Plaintiff's May 14, 2019 Google search results is attached hereto as **Exhibit F**.  A true and correct copy of the "Six Star DJ Packages" page of Sonido's website as it appeared on May 14, 2019 is attached hereto as **Exhibit G**.

19.     On May 24, 2019, Plaintiff's counsel sent a cease and desist letter to Sonido, demanding that Sonido immediately cease all use of the "Six Star DJ" trademark.

20.     As Plaintiff's direct competitor, Sonido is offering its "Six Star DJ Packages" to the same consumers as Plaintiff.

21.     Founded in 2017 – more than 20 years after Plaintiff began using the "Six Star DJ" name – and operating on the same city block as Plaintiff, Sonido needed a way to distinguish itself from other audio and lighting retailers.  Rather than build up its own reputation or uniquely market its goods, Sonido chose to use the "Six Star DJ" name to sell its products.

22.     By using the "Six Star DJ" name, Sonido has capitalized on the tremendous goodwill that Plaintiff has established in its trademarks and created a false association between Sonido and Plaintiff by causing consumers to misperceive a connection, affiliation and/or sponsorship between the two companies that does not, in fact, exist.

23.     The parties' respective websites have appeared in close proximity when searching for "Six Star DJ", which only heightens the likelihood of confusion. For instance, in the May 14, 2019 Google search, Plaintiff and Sonido's websites are the first two results.

24.     Plaintiff has told Sonido – clearly and repeatedly – that it objects to Sonido's continued use of the "Six Star DJ" name. Plaintiff has tried to be patient and reasonable with Sonido. Prior to filing this lawsuit, Plaintiff provided a detailed explanation of its concerns and asked Sonido to stop its illegal and damaging conduct. Sonido continually promised to cease all uses of the "Six Star DJ" name; however, as shown by the monthly Google searches, it has completely failed to do so. As a result, Plaintiff is left with no choice but to file this action to protect its trademark rights, as well as to prevent further consumer confusion and damage to Plaintiff's business and good will.

## FIRST CAUSE OF ACTION
### Trademark Infringement
### (15 U.S.C. § 1114)

25.     Plaintiff repeats and incorporates by reference the allegations in the preceding paragraphs.

26.     Plaintiff is the owner of a U.S. trademark registration for its SIX STAR DJ trademark.

27.     Sonido had both actual and constructive knowledge of Plaintiff's ownership of and rights in its federally registered mark prior to the commencement of Sonido's infringing use of that mark.

28.     Sonido adopted, commenced use of, and continues to use in commerce, Plaintiff's federally registered mark with full knowledge of Plaintiff's prior and superior rights, and with full knowledge that its infringing use of Plaintiff's marks was intended to cause confusion, mistake and/or deception to the detriment of Plaintiff by diverting traffic from Plaintiff and to Sonido.

29.     Sonido offers its goods and services in the same channels of trade as those in which Plaintiff's legitimate goods and services are offered, and Sonido's customer base is the same as Plaintiff's.  Sonido and Plaintiff are direct competitors.

30.     Sonido's use of Plaintiff's federally registered SIX STAR DJ mark is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Sonido is associated or connected with Plaintiff, or that Sonido has the sponsorship, endorsement, or approval of Plaintiff, all of which is in violation of 15 U.S.C. § 1114.

31.     Sonido's actions constitute knowing, deliberate, and willful infringement of Plaintiff's federally registered mark. The knowing and intentional nature of the acts set forth herein renders this an exceptional case under 15 U.S.C. § 1117(a).

32.     As a result of Sonido's infringement, Plaintiff has suffered substantial damages, as well as the continuing loss of the goodwill and reputation established by Plaintiff in its federally registered mark. This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Plaintiff has no adequate remedy at law. Plaintiff will continue to suffer irreparable harm unless this Court enjoins Sonido's conduct.

## SECOND CAUSE OF ACTION
### Federal Unfair Competition and False Designation of Origin
### (15 U.S.C. § 1125(a))

33.     Plaintiff repeats and incorporates by reference the allegations in the preceding paragraphs.

34.     Sonido has deliberately and willfully attempted to trade on Plaintiff's longstanding and hard-earned goodwill in its name and SIX STAR DJ mark, and the reputation established by Plaintiff in connection with its products and services. Sonido's actions are intended to confuse consumers as to the origin and sponsorship of Sonido's goods, to pass off its products and services in commerce as those of Plaintiff, and to divert potential customers from Plaintiff and to Sonido.

35.     Sonido's unauthorized and tortious conduct has also deprived and will

continue to deprive Plaintiff of the ability to control the consumer perception of its products and services offered under the SIX STAR DJ mark, placing the valuable reputation and goodwill of Plaintiff – built up over two decades - in the hands of Sonido.

36.    Sonido's conduct is likely to cause confusion, mistake or deception as to the affiliation, connection or association of Sonido and their goods with Plaintiff, and as to the origin, sponsorship or approval of Sonido and their products and services, in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(a)(1).  In addition, Sonido's actions are likely to continue to divert traffic from Plaintiff and to Sonido.

37.    Sonido had direct and full knowledge of Plaintiff's prior use of, and rights in its SIX STAR DJ mark, before Sonido willingly undertook the acts complained of herein. The knowing, intentional and willful nature of the acts set forth herein renders this an exceptional case under 15 U.S.C. § 1117(a).

38.    As a result of Sonido's aforesaid conduct, Plaintiff has suffered commercial damage, as well as the continuing loss of the goodwill and reputation established by Plaintiff in its mark. This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Plaintiff has no adequate remedy at law. Plaintiff will continue to suffer irreparable harm unless this Court enjoins Sonido's conduct.

### THIRD CAUSE OF ACTION
**Unfair Competition**
**(Cal. Bus. & Prof. Code § 17200)**

39.    Plaintiff repeats and incorporates by reference the allegations in the preceding paragraphs.

40.    Sonido's unauthorized use of the SIX STAR DJ mark in a manner that is likely to cause confusion, or to cause mistake, or to deceive constitutes unfair competition under California Business and Professions Code § 17200.

41.    Sonido's conduct is unlawful, unfair, and/or fraudulent.

42.    As a result of this unfair competition, Plaintiff has suffered damages in an amount to be determined at trial.

43.    As a result of this unfair competition, Plaintiff has also suffered, and will in the future suffer, irreparable injury to its business, reputation, and goodwill. Plaintiff will suffer such irreparable injury unless and until this Court enjoins Sonido's conduct.

### FOURTH CAUSE OF ACTION
### Common Law Trademark Infringement and Unfair Competition

44.    Plaintiff repeats and incorporates by reference the allegations in the preceding paragraphs.

45.    Plaintiffs own and enjoy common law trademark rights in the SIX STAR DJ mark in the State of California and throughout the United States.

46.    Sonido's infringing activities in misappropriating rights in Plaintiff's common law trademark are intended to capitalize on Plaintiff's goodwill for the purpose of Sonido's own pecuniary gain. Plaintiff has expended substantial time, resources and efforts to obtain and maintain an excellent reputation for the SIX STAR DJ brand. As a result of Plaintiff's efforts, Sonido is now unjustly enriched and is benefiting from intellectual property rights that rightfully and exclusively belong to Plaintiff.

47.    Sonido's acts constitute common law trademark infringement and unfair competition, and have created and will continue to create, unless restrained by this Court, a likelihood of confusion, all to the irreparable injury of Plaintiff. Plaintiff has no adequate remedy at law for this injury.

48.    On information and belief, Sonido acted with full knowledge of Plaintiff's use of, and statutory and common law rights to, Plaintiff's SIX STAR DJ mark, and without regard to the likelihood of confusion of the public created by Sonido's activities.

49.     Sonido's acts are willful, deliberate, and intended to confuse the public and to injure Plaintiff.

50.     As a result of Sonido's acts, Plaintiff has been damaged in an amount not yet determined or ascertainable. At a minimum, however, Plaintiff is entitled to injunctive relief, to an accounting of Sonido's profits, damages, and costs. Further, in light of the deliberate and malicious use of Plaintiff's SIX STAR DJ mark, and the need to deter Sonido from engaging in similar conduct in the future, Plaintiff additionally is entitled to punitive damages.

### FIFTH CAUSE OF ACTION
**Trademark Dilution**
**(15 U.S.C. § 1125(c))**

51.     Plaintiff repeats and incorporates by reference the allegations in the preceding paragraphs.

52.     Plaintiff's SIX STAR DJ mark is widely recognized among the general consuming public as a designation of source of the goods and services of Plaintiff and was a well-known symbol of Plaintiff's goods and services well before Sonido began using the SIX STAR DJ mark.

53.     Sonido's conduct dilutes and is likely to dilute the distinctiveness of Plaintiff's SIX STAR DJ mark by eroding the public's exclusive identification of this mark with Plaintiff and tarnishing and degrading the positive associations and prestigious connotations of the mark, and otherwise lessening the capacity of the mark to identify and distinguish Plaintiff's goods and services in violation of 15 U.S.C. § 1125 (c).

54.     As a result of this dilution, Plaintiff has suffered damages in an amount to be determined at trial.

55.     As a result of this dilution by blurring, Plaintiff has also suffered and will in the future suffer, irreparable injury to its business, reputation, and goodwill.

Plaintiff will suffer such irreparable injury unless and until this Court enjoins Sonido's conduct

## SIXTH CAUSE OF ACTION
### State Trademark Dilution and Injury to Business Reputation
### (Cal. Bus. & Prof. Code § 14247)

56.     Plaintiff repeats and incorporates by reference the allegations in the preceding paragraphs.

57.     Plaintiff's SIX STAR DJ mark is widely recognized among the general consuming public of the State of California as a designation of source of the goods and services of Plaintiff and was a well-known symbol of Plaintiff's goods and services well before Sonido began using the SIX STAR DJ mark.

58.     Sonido's conduct dilutes and is likely to dilute the distinctiveness of Plaintiff's SIX STAR DJ mark by eroding the public's exclusive identification of this mark with Plaintiff and tarnishing and degrading the positive associations and prestigious connotations of the mark, and otherwise lessening the capacity of the mark to identify and distinguish Plaintiff's goods and services in violation of Cal. Bus. & Prof. Code § 14247.

59.     As a result of this dilution, Plaintiff has suffered damages in an amount to be determined at trial.

60.     As a result of this dilution by blurring, Plaintiff has also suffered and will in the future suffer, irreparable injury to its business, reputation, and goodwill. Plaintiff will suffer such irreparable injury unless and until this Court enjoins Sonido's conduct.

## PRAYER FOR RELIEF

Therefore, Plaintiff Marathon Professional prays for judgment against Defendant Sonido Live as follows:

1.     A judgment enjoining Sonido, and all of its agents, representatives, and affiliates, preliminarily and permanently, from (1) using the SIX STAR DJ mark or

any other mark that is confusingly similar to Plaintiff's trademarks; and (2) doing any act or thing likely to confuse or to deceive consumers into believing that there is some connection between Sonido and Plaintiff;

2.      A judgment ordering Sonido, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Plaintiff within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Sonido has complied with the injunction;

3.      A judgment that Sonido account for and disgorge to Plaintiff all of the profits realized by Sonido, or others acting in concert or participating with Sonido, resulting from Sonido's acts of trademark infringement, trademark dilution, false designation of origin, and unfair competition;

4.      A judgment awarding compensatory damages, plus interest, in an amount to be determined;

5.      A judgment that Plaintiff be awarded three times Sonido's profits from its use of the SIX STAR DJ mark, or three times Plaintiff's damages, whichever is greater, together with its reasonable attorney's fees pursuant to 15 U.S.C. § 1117(a) and (b);

6.      Such other and further relief as this Court deems just and proper.

Dated: August 30, 2019                    WEINBERG GONSER LLP


                                          By:  /s/ Douglas Lipstone
                                              Douglas M. Lipstone
                                              Bryan B. Bitzer
                                              Attorneys for Plaintiff
                                              MARATHON PROFESSIONAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **<u>DEMAND FOR TRIAL BY JURY</u>**

Plaintiff hereby demands a trial by jury on all issues in Plaintiff's Complaint that are triable by jury.

Dated: August 30, 2019                    WEINBERG GONSER LLP


By:  /s/ Douglas Lipstone
     Douglas M. Lipstone
     Bryan B. Bitzer
     Attorneys for Plaintiff
     MARATHON PROFESSIONAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

COMPLAINT FOR TRADEMARK INFRINGEMENT DEMAND FOR JURY TRIAL

 Google

Six Star DJ Gear, Pro Audio & Lighting

🔍                                              Sign in

All    Shopping    Maps    Images    Videos    More          Settings    Tools

About 6,300,000 results (0.84 seconds)

**ProAudioStar Music & DJ Gear | Take 15% Off Storewide**
Ad   www.proaudiostar.com/ ▾   (888) 890-6222
Rating for proaudiostar.com: 4.7 · 2,850 reviews
Use code ABE15 at Checkout and Save 15% today! Plus 36 Easy Payments Available with Affirm
Finance. Price Match Guarantee. Live Chat Special Deals. Save Up to 75% on Gear. Free Same Day
Shipping. Up to 24 Monthly Payments. Daily App Deals.
Recording Accessories · Keyboard Instruments · Guitar & Bass · Shop Drums · DJ Equipment

**SIX STAR DJ GEAR PRO AUDIO & LIGHTING - FBT, QSC, ADJ ...**
www.sixstardj.com/ ▾
Six Star DJ Gear, Pro Audio & Lighting - The best deals on DJ equipment, DJ lighting, DJ Flight and
Road cases, Flight Road cases, Tour Ready Cases, Midi ...
Speakers · Monitors · Info · Terms · Amplifiers · Elation lighting

**Six Star DJ Gear, Pro Audio & Lighting - Home | Facebook**
https://www.facebook.com › ... › Los Angeles, California › Musical Instrument Store ▾
Rating: 4.6 · 83 votes
Six Star DJ Gear, Pro Audio & Lighting - 950 East 11th Street, Los Angeles, California 90021 - Rated 4.6
based on 83 Reviews "David at Six Star has been ...

**SIX STAR DJ GEAR PRO AUDIO & LIGHTING | LinkedIn**
https://www.linkedin.com/company/sixstardj
Learn about working at SIX STAR DJ GEAR PRO AUDIO & LIGHTING. Join LinkedIn today for free. See
who you know at SIX STAR DJ GEAR PRO AUDIO ...

**Six Star DJ Gear Pro Audio & Lighting - 350 Photos & 14 Reviews ...**
https://www.yelp.com › Shopping › Musical Instruments & Teachers ▾
Rating: 3.5 · 14 reviews · Price range: $$
14 reviews of Six Star DJ Gear Pro Audio & Lighting "Six Star one of the best local places to go for all
audio and electronic equipment, I would totally recommend ...

**Six Star DJ Gear, Pro Audio & Lighting @ Amazon.com:**
https://www.amazon.com/s?ie=UTF8&me=A12Q5XAXKCGWY4&page=1 ▾
Online shopping from a great selection at Six Star DJ Gear, Pro Audio & Lighting Store.

**Amazon.com Seller Profile: Six Star DJ Gear, Pro Audio & Lighting**
https://www.amazon.com/sp?seller=A12Q5XAXKCGWY4 ▾
Founded in 1996, SIX STAR DJ GEAR, PRO AUDIO & LIGHTING is your number one source for DJ Gear,
Pro Sound, Pro Audio & Stage Lighting Products.

**SIX STAR DJ GEAR, PRO AUDIO & LIGHTING (@sixstardj) · Twitter**
https://twitter.com/sixstardj
Available now and for immediate shipping or local LA Warehouse pickup. LED Love letters, LED Mr &
Mrs. letters. Contact me directly via messenger or text for factory direct pricing. Serious buyers only!!
www.facebook.com/davids...
2 days ago · Twitter

**Six Star DJ Gear Pro Audio & Lighting 950 E 11th St Los Angeles, CA ...**
https://www.mapquest.com/us/california/six-star-dj-gear-pro-audio-lighting-10774493 ▾
Rating: 7/10 · 14 reviews
Get directions, reviews and information for Six Star DJ Gear Pro Audio & Lighting in Los Angeles, CA.

 **Six Star DJ | Sonido Live - DJ Equipment Packages**
https://www.sonidolive.com/collections/six-star-dj-packages ▾
To be a Six Star DJ, you must acquire the necessary DJ gear to perform. Often the ... Pro Audio Mixers
..... DJ, Stage & Professional Lighting Effects + -.

**Six Star DJ Gear, Pro Audio & Lighting on Instagram • Photos and ...**
https://www.instagram.com/explore/locations/.../six-star-dj-gear-pro-audio-lighting
328 Posts - See Instagram photos and videos taken at 'Six Star DJ Gear, Pro Audio & Lighting'


See photos

**Six Star DJ Gear, Pro Audi**

Website      Directions      Save

3.6            46 Google reviews
DJ supply store in Los Angeles, California

Store selling DJ equipment, karaoke machines,
gear, club lighting & more.
**Address:** 950 E 11th St, Los Angeles, CA 90021
**Hours:** Closed · Opens 9AM Fri ▾
**Phone:** (213) 612-5886

Suggest an edit

**Questions & answers**
Be the first to ask a question

**Reviews from the web**


4.6/5    Facebook · 83 votes

**Reviews**                                      Writ

 "Good **deals**, well stocked, knowledgeab


 "Prices & Quality always GREAT!!!"

A "Six Star has the best **selection** in newly
**products**."

View all Google reviews

**Posts from Six Star DJ Gear, Pro A**
View previous posts on Google

**Profiles**

f Facebook          🐦 Twitter

**People also search for**

                    
Hollywood           L.A. DJ              Sonido Live        M
DJ                  SHOP - LIVE         - The Los           &
DJ supply store     SO...               Ange...            E
                    DJ supply store     DJ supply store    D.

PSSL DJ Gear & Pro Audio | Huge Selection & Low Prices

Ad www.pssl.com/ ▾

Rating for pssl.com: 4.8 - 395 reviews

Professional DJ Equipment & Professional Customer Service. Same Day Shipping! Free Tech Support.
Outstanding Service. Brands: American DJ, Chauvet, Pioneer DJ, Behringer, Mackie, Numark, Shure.
Studio Recording Gear · Pro Audio · Killer Daily Deals · Lighting · DJ Equipment · DJ Gear on Sale
14800 Goldenwest St, Westminster, CA · (800) 945-9300 · Closed now · Hours ▾

Searches related to Six Star DJ Gear, Pro Audio & Lighting

| | |
|---|---|
| dj **equipment los angeles** | **guitar center** |
| pro audio **store los angeles** | **pssl** |
| **sonido live** | dj gear **stores** |
| **123dj** | dj **lights and sound** |

1 2 3 4 5 6 7 8 9 10          Next

**Los Angeles, California** - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

Google    SIX STAR dj    🔍    Sign in

All    Videos    Shopping    Maps    News    More    Settings    Tools

About 140,000,000 results (0.71 seconds)

### SIX STAR DJ GEAR PRO AUDIO & LIGHTING - FBT, QSC, ADJ ...
www.sixstardj.com/ ▾
Six Star DJ Gear, Pro Audio & Lighting - The best deals on DJ equipment, DJ lighting, DJ Flight and
Road cases, Flight Road cases, Tour Ready Cases, Midi ...
Speakers · Monitors · Info · Terms · Amplifiers · Cases · Racks · Stands

### Six Star DJ Gear Pro Audio & Lighting - 350 Photos & 14 Reviews ...
https://www.yelp.com › Shopping › Musical Instruments & Teachers ▾
Rating: 3.5 - 14 reviews - Price range: $$
14 reviews of Six Star DJ Gear Pro Audio & Lighting "Six Star one of the best local places to go for all
audio and electronic equipment, I would totally recommend ...

### Six Star DJ Gear, Pro Audio & Lighting - Home | Facebook
https://www.facebook.com › ... › Los Angeles, California › Musical Instrument Store ▾
Rating: 4.6 - 83 votes
Six Star DJ Gear, Pro Audio & Lighting · 950 East 11th Street, Los Angeles, California 90021 · Rated 4.6
based on 83 Reviews "David at Six Star has been...

### Videos

A Tour Of Six Star DJ
(Where We Buy Our
Gear)

AbstractSteeloShow
YouTube · Sep 7, 2008

Six Star DJ - QSC
Speakers

AbstractSteeloShow
YouTube · Nov 25, 2008

Six Star DJ Gear, Pro
Audio & Lighting

Facebook · Sep 20, 2018

### SIX STAR DJ GEAR PRO AUDIO & LIGHTING | LinkedIn
https://www.linkedin.com/company/sixstardj
Learn about working at SIX STAR DJ GEAR PRO AUDIO & LIGHTING. Join LinkedIn today for free. See
who you know at SIX STAR DJ GEAR PRO AUDIO ...

### SIX STAR DJ GEAR, PRO AUDIO & LIGHTING (@sixstardj) · Twitter
https://twitter.com/sixstardj
Available now and for immediate shipping or local LA Warehouse pickup. LED Love letters, LED Mr &
Mrs. letters. Contact me directly via messenger or text for factory direct pricing. Serious buyers only!!
www.facebook.com/davids...
2 days ago · Twitter

### Six Star DJ Gear, Pro Audio & Lighting @ Amazon.com:
https://www.amazon.com/s?ie=UTF8&me=A12Q5XAXKCGWY4&page=1 ▾
Online shopping from a great selection at Six Star DJ Gear, Pro Audio & Lighting Store.

### Amazon.com Seller Profile: Six Star DJ Gear, Pro Audio & Lighting
https://www.amazon.com/sp?seller=A12Q5XAXKCGWY4 ▾
Founded in 1996, SIX STAR DJ GEAR, PRO AUDIO & LIGHTING is your number one source for DJ Gear,
Pro Sound, Pro Audio & Stage Lighting Products.

### Six Star DJ Gear Pro Audio & Lighting 950 E 11th St Los Angeles, CA ...
https://www.mapquest.com/us/california/six-star-dj-gear-pro-audio-lighting-10774493 ▾
Rating: 7/10 - 14 reviews
Get directions, reviews and information for Six Star DJ Gear Pro Audio & Lighting in Los Angeles, CA.

---



## Six Star DJ Gear, Pro Audi

Website    Directions    Save

3.6    46 Google reviews
DJ supply store in Los Angeles, California

Store selling DJ equipment, karaoke machines,
gear, club lighting & more.
**Address:** 950 E 11th St, Los Angeles, CA 90021
**Hours:** Closed · Opens 9AM Fri ▾
**Phone:** (213) 612-5886

Suggest an edit

### Questions & answers
Be the first to ask a question

### Reviews from the web

4.6/5    Facebook · 83 votes

### Reviews                                          Writ

 "Good **deals**, well stocked, knowledgeabl

 "**Prices** & **Quality** always GREAT!!!"

 "Six Star has the best **selection** in newly
**products**."

View all Google reviews

### Posts from Six Star DJ Gear, Pro A
View previous posts on Google

### Profiles


Facebook    Twitter

### People also search for

  

Hollywood          L.A. DJ            Sonido Live
DJ                 SHOP - LIVE       - The Los
DJ supply store    SO...             Ange...
                   DJ supply store   DJ supply store

Six Star DJ | Sonido Live - DJ Equipment Packages
https://www.sonidolive.com/collections/six-star-dj-packages ▼
To be a Six Star DJ, you must acquire the necessary DJ gear to perform. Often the entrepreneurial type,
six star DJs have a lot of things to keep track of. In some ...

Six Star Pro Nutrition | Made In The USA
Ad  www.sixstarpro.com/ ▼
Shop Pre-Workout Powders, Post Workout Whey Protein, Creatine, BCAAs, And More. Built For All
Levels Of Athletes To Deliver Powerful Results At An Incredible Value. Premium Supplements. Award-
Winning Taste. Save Now. Smart Price. Made In The USA.
Six Star Protein · Recipes · Train Like Our Athletes
    Burbank · 5 locations nearby

DJ Six Star
Ad  www.info.com/DJ+Six+Star ▼
Get DJ Six Star Info. Your Search & Social Results Now. What does the web say? Related topics.
Powerful insights. Beyond Search. Find the best info. Info.com social search. Enhanced results. Try
Info.com. Smarter search. See social too.

Six star DJ on eBay | Seriously, We Have Six star DJ
Ad  www.ebay.com/ ▼
         Rating for ebay.com: 4.6
Free Shipping Available. Buy Six star DJ on eBay. Money Back Guarantee!
Sell on eBay · Trending on eBay · Easy Returns · Music · Under $10 · Daily Deals

Searches related to SIX STAR dj

| | |
|---|---|
| **hollywood** dj | star dj **speakers** |
| **sonido live** | dj star |
| **pro audio store los angeles** | **123dj** |
| **http** star dj | **guitar center** |

            1  2  3  4  5  6  7  8  9  10        Next

**90046, Los Angeles, CA** - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

AT&T LTE                    8:14 AM                @ ⊕ 190%

(Where We Buy Our Gear)

Sep 7, 2008                          Nov 25, 2008

SIX STAR DJ GEAR PRO AUDIO & LIGHTING
| LinkedIn

LinkedIn › company › sixstardj

Learn about working at SIX STAR DJ GEAR PRO
AUDIO & LIGHTING. Join LinkedIn today for free.
See who you know at SIX STAR DJ GEAR ...

Six Star DJ | Sonido Live - DJ Equipment ...
Sonido Live › collections › six-star-dj-pa...

To be a Six Star DJ, you must acquire the
necessary DJ gear to perform. Often the
entrepreneurial type, six star DJs have a lot of
things to keep ...

Six Star DJ Gear Pro Audio & Lighting 950 E
11th St Los Angeles, CA Stereos ...
MapQuest › california › six-star-dj-gear-...

Get directions, reviews and information for Six
Star DJ Gear Pro Audio & Lighting in Los Angeles,
CA.
You visited this page on 2/20/19.

 AT&T LTE    8:16 AM     



**G** six star dj gear pro audio &

 SIX STAR DJ GEAR, PRO AUDIO & L...
🐦 Twitter › sixstardj

Contact me directly for factory
direct pricing on: #globaltruss
#eliminatorlighting #adjlighting
#elationlighting #cosmictruss
#qsc #fbt #jbl #sennheiser
#vocopro + many more!!!! —
at Six Star DJ Gear, Pro Audio
& Lighting
www.facebook.com/100...

Looking for LEI
Contact me dir
Packages from
www.facebook

13 hours ago                        14 hours ago

Six Star DJ | Sonido Live – DJ Equipment ...
Sonido Live › collections › six-star-dj-pa...

To be a Six Star DJ, you must acquire the
necessary DJ gear to perform. ... Pro Audio Mixers
... PA Speaker & Subwoofer Accessories ..... DJ,
Stage & Professional Lighting & Effects +  ...

    

Pro Audio & Lighting

Amazon.com › ...

Founded in 1996, SIX STAR DJ GEAR, PRO AUDIO & LIGHTING is your number one source for DJ Gear, Pro Sound, Pro Audio & Stage ...

Six Star DJ Gear, Pro Audio & Lighting @ ...

Amazon.com › ...

Online shopping from a great selection at Six Star DJ Gear, Pro Audio & Lighting Store.

Six Star Pro Sound & Lighting (@sixstarprosoundandlighting ...

Instagram › sixstarprosoundandlighting

2919 Followers, 7465 Following, 703 Posts - See Instagram photos and videos from Six Star Pro Sound & Lighting (@ sixstarprosoundandlighting)

Six Star Pro DJ | Sonido Live - DJ Equipment Packages – Tagged "DJ ...

Sonido Live › collections › dj-lighting

To be a Six Star DJ, you must acquire the necessary DJ gear to perform. Often the ... Music Sheet Stand Lights · Instrument Stands ..... SOUND ...

 pro dj                      

ALL | IMAGES | MAPS | NEWS | VIDEOS | SHO

## DJ supply store

near Los Angeles, CA  Refresh location

 Pinata District

Six Star Pro Sound &
Lighting - DJ Gear, Pro...

14th St

 McDonald's

ProDJ - Live Sound,
Pro Audio & Lighting...

Within 0.50 mi      Top rated      MORE FILTERS

### ProDJ - Live Sound, Pro Audio ...
4.0 ★★★★☆ (6)
DJ supply store · 950 E 11th St
Closed · Opens 9AM Tue



### Six Star Pro Sound & Lighting -...
3.6 ★★★★☆ (46)
DJ supply store · 950 E 11th St
Closed · Opens 9AM Tue
⭐ Saved in Starred places



### PRO DJ MART INC.

        





Six Star DJ – QSC Speakers

A Tour Of Six (Where We B

Nov 25, 2008

Sep 7, 2008



SIX STAR PRO SOUND & LIGHTING

Twitter › sixstardj

Contact me directly for factory direct pricing & orders!!! www.facebook.com/sto...

3 days ago



Six Star Pro DJ | Sonido Live – DJ Equipment Packages

Sonido Live › collections › six-star-pro-d...

To be a Six Star DJ, you must acquire the necessary DJ gear to perform. Often the entrepreneurial type, six star DJs have a lot of things to



.ıll AT&T 4G          5:40 PM          ⊕  ⅇ 37% ▭·

(213) 524-0900

Six Star DJ Packages – Tagged "Shure" – ...
Sonido Live › collections › shure

Home › Six Star DJ Packages › Shure. Shop by
Brand. Accu-Cable · AKAI Pro · AKG · Allen &
Heath · American Audio · American DJ +

Six Star DJ / - Eliminator Lighting
Eliminator Lighting › www.sixstardj.com

Six Star DJ. Address: 950 EAST 11TH STREET Los
Angeles CA 90021 US. Phone: 213-488- 0198.
www.sixstardj.com ...

Six Star Dj Stereos & Equipment | Find Great
Home Theater & Audio Deals ...
Overstock.com › Electronics › brand, › cat

Six Star Dj Stereos & Equipment : Overstock. com
- Your Online Stereos & Equipment Store! Get 5%
in rewards with Club O!

Six Star Dj Reviews, Ratings | Convenience
Stores near 1113 E 11th St , Los ...
BirdEye › reviews › six-star-dj-1491199...

Six Star DJ Gear Pro Audio & Lighting 950 E 11th St Los Angeles, CA Stereos ...

MapQuest › california › six-star-dj-gear-...

Get directions, reviews and information for Six Star DJ Gear Pro Audio & Lighting in Los Angeles, CA.

You visited this page on 6/25/18.

Rating

7/10 ★★★★ (14)



SIX STAR DJ GEAR, PRO AUDIO & L...

Twitter › sixstardj

Contact me directly for factory direct pricing & orders!! www.facebook.com/sto...

19 hours ago



Six Star DJ | Sonido Live - DJ Equipment ...

Sonido Live › collections › six-star-dj-pa...

To be a Six Star DJ, you must acquire the necessary DJ gear to perform. Often the entrepreneurial type, six star DJs have a lot of things to keep ...

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

860



USD ∨

**⫶⫷ᖰ SonidoLive**

Pro Audio    DJ Equipment    Stage Lighting    Truss & Stage    Studio & P

Home  ›  Six Star DJ Packages

SHOP BY BRAND          Six Star DJ Packages 

Best Selling    ⬍

Accu-Cable

AKAI Pro

AKG

Allen & Heath

American Audio

American DJ

REFINE YOU

r in Norwalk United States purchased a

nerican DJ myDMX Go Lighting
ntrol App

hour ago

Behringer

e to search

## How To Choose the Right DJ Equipment

*"Am I looking for an all-in-one DJ controller, a standalone DJ mixer, turntables? Vinyl or Digital? What headphones suit me best? Do I need a 15-inch speaker or a 12-inch? What's the difference?"*

✕ hese are some of the questions you'll be asking yourself as you weigh the options, pros, and cons of e
ece of gear you're exploring.

the ever-expanding world of DJing, beginner DJs can run into confusion when deciding on the best ge
get started with. And don't worry about the feeling — even seasoned DJs can be stricken with anxiety w

   

REFINE YOUR SEARCH

# How To Choose the Right DJ Equipment

*"Am I looking for an all-in-one DJ controller, a standalone DJ mixer, turntables? Vinyl or Digital? What DJ headphones suit me best? Do I need a 15-inch speaker or a 12-inch? What's the difference?"*

These are some of the questions you'll be asking yourself as you weigh the options, pros, and cons of each piece of gear you're exploring.

In the ever-expanding world of DJing, beginner DJs can run into confusion when deciding on the best gear to get started with. And don't worry about the feeling — even seasoned DJs can be stricken with anxiety when deciding on their next DJ gear to purchase. And that's why we at Sonido Live are here to assist!

You've probably been researching at a few ideas for some time now. While you have lots of options to choose from, we've selected some of our favorite equipment and packages for beginning DJs, and this is the best way to look at it: the six stars of DJing - the **SIX STAR DJ**. ✳

## SOUND

USD 

**Best Selling**

REFINE YOUR SEARCH

# How To Choose the Right DJ Equipment

*"Am I looking for an all-in-one DJ controller, a standalone DJ mixer, turntables? Vinyl or Digital? What DJ headphones suit me best? Do I need a 15-inch speaker or a 12-inch? What's the difference?"*

These are some of the questions you'll be asking yourself as you weigh the options, pros, and cons of each piece of gear you're exploring.

In the ever-expanding world of DJing, beginner DJs can run into confusion when deciding on the best gear to get started with. And don't worry about the feeling — even seasoned DJs can be stricken with anxiety when deciding on their next DJ gear to purchase. And that's why we at Sonido Live are here to assist!

You've probably been researching at a few ideas for some time now. While you have lots of options to choose from, we've selected some of our favorite equipment and packages for beginning DJs, and this is the best way to look at it: the six stars of DJing - the **SIX STAR DJ**.

## SOUND

Six Star DJ – Sonido Lite – DJ Equipment Packages

# LIGHTING

USD ❯

# CONTROL SYSTEM

# MONITOR

# MICROPHONE

# DJ ACCESSORIES





$6,899.00

**Add to cart**

Starting at $607/month with *affirm*. Prequalify now





USD ⌄

$ **399.** 99

**Add to cart**

Starting at $36/month with affirm. Prequalify now





$ **349.** 99

**Add to cart**

Starting at $31/month with affirm. Prequalify now





$**3,499.**^00

USD ⌄

**Add to cart**

Starting at $308/month with affirm). Prequalify now





$**64.**^99

**Add to cart**

Starting at $12/month with affirm). Prequalify now





$**144.**^99

**Add to cart**

Starting at $13/month with affirm). Prequalify now

**QUICK LINKS**

USD ⌄

Search

About us

Contact us

Rentals

Installations

Customer Care Center

Sitemap

**GET CONNECTED**

  

**CONTACT US**

✉ sales@sonidolive.com

☎ (213) 269-8411

☎ Español: (213) 688-8860

📍 1140 E. 11th Street. Los Angeles, CA 90021

**NEWSLETTER**

Sign up for promotions

your-email@example.com

Subscribe

your-email@example.com

Subscribe

Copyright © 2019, Sonido Live.

  DISCOVER PayPal

  

 English

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

3/2/2019                                    six star pro dj - Google Search

Google          six star dj                                                    🔍                    Sign in

All    Shopping    Images    Videos    Maps    More              Settings    Tools

About 71,900,000 results (0.60 seconds)

**SIX STAR PRO SOUND & LIGHTING - FBT, QSC, ADJ, AMERICAN DJ ...**
www.sixstardj.com/ ▼
Six Star DJ Gear, Pro Audio & Lighting - The best deals on DJ equipment, DJ lighting, DJ Flight and
Road cases, Flight Road cases, Tour Ready Cases, Midi ...
Amplifiers · Info · Terms · Speakers · Monitors · Floyd rose audio

**Six Star DJ Gear, Pro Audio & Lighting - Facebook**
https://www.facebook.com › ... › Los Angeles, California › Musical Instrument Store ▼
      Rating: 4.6 · 83 votes
Six Star Pro Sound & Lighting · 950 East 11th Street, Los Angeles, California 90021 - Rated 4.6 based
on 83 Reviews "David at Six Star has been taking...

**Six Star DJ Gear Pro Audio & Lighting - 350 Photos & 14 Reviews ...**
https://www.yelp.com › Shopping › Musical Instruments & Teachers ▼
      Rating: 3.5 - 14 reviews - Price range: $$
14 reviews of Six Star DJ Gear Pro Audio & Lighting "Six Star one of the best local places to go for all
audio and electronic equipment, I would totally recommend ...

**Amazon.com Seller Profile: Six Star DJ Gear, Pro Audio & Lighting**
https://www.amazon.com/sp?seller=A12Q5XAXKCGWY4 ▼
Founded in 1996, SIX STAR DJ GEAR, PRO AUDIO & LIGHTING is your number one source for DJ Gear,
Pro Sound, Pro Audio & Stage Lighting Products.

**SIX STAR DJ GEAR PRO AUDIO & LIGHTING | LinkedIn**
https://www.linkedin.com/company/sixstardj
Learn about working at SIX STAR DJ GEAR PRO AUDIO & LIGHTING. Join LinkedIn today for free. See
who you know at SIX STAR DJ GEAR PRO AUDIO ...


**Six Star Pro DJ Equipment | SonidoLive.com – Sonido Live**
https://www.sonidolive.com/collections/six-star-dj-equipment ▼
The best deals of DJ Equipment, Pro Lighting, Pro Audio, Tour Ready Cases, DJ Flight Cases on the
web. Wholesale direct pricing on American DJ Lighting, ...


**Six Star Pro DJ | Sonido Live - DJ Equipment Packages – Tagged "DJ ...**
https://www.sonidolive.com/collections/six-star-pro-dj-packages/dj-lighting ▼
To be a Six Star DJ, you must acquire the necessary DJ gear to perform. ... DJs, and this is the best
way to look at it: the six stars of DJing - the SIX STAR DJ.

**Videos**

|  |  |  |
|---|---|---|
| A Tour Of Six Star DJ (Where We Buy Our Gear) | Six Star DJ Gear, Pro Audio & Lighting | Six Star DJ - QSC Speakers |
| AbstractSteeloShow YouTube · Sep 7, 2008 | Facebook · Sep 20, 2018 | AbstractSteeloShow YouTube · Nov 25, 2008 |

**Six Star DJ Gear Pro Audio & Lighting 950 E 11th St Los Angeles, CA ...**
https://www.mapquest.com/us/california/six-star-dj-gear-pro-audio-lighting-10774493 ▼

---

[photo] See photos

### Six Star Pro Sound & Light
### Live Sound, Pro Audio, Tru
### Specialits

Website    Directions    Save

3.6          46 Google reviews

DJ supply store in Los Angeles, California

Store selling DJ equipment, karaoke machines, gear, club lighting & more.
**Address:** 950 E 11th St, Los Angeles, CA 90021
**Hours:** Closed · Opens 9AM Mon ▼
**Phone:** (213) 612-5886

Suggest an edit

### Questions & answers
Be the first to ask a question

### Reviews from the web
**4.6/5** Facebook · 83 votes

### Reviews                              Writ

 "Good **deals**, well stocked, knowledgeab

 "**Prices & Quality** always GREAT!!!"

 "Six Star has the best **selection** in newly **products**."

View all Google reviews

### Posts from Six Star Pro Sound & Li
### Live Sound, Pro Audio, Truss & Sta
View previous posts on Google

### Profiles
[f] Facebook      [🐦] Twitter

### People also search for

---

Rating: 7/10 - 14 reviews

Get directions, reviews and information for Six Star DJ Gear Pro Audio & Lighting in Los Angeles, CA.

  

Hollywood       L.A. DJ         Sonido Live
DJ              SHOP - LIVE     - The Los
                SO...           Ange...
DJ supply store DJ supply store DJ supply store

### SIX STAR PRO SOUND & LIGHTING (@sixstardj) · Twitter

https://twitter.com/sixstardj

Contact me directly for factory direct pricing & orders!!! www.facebook.com/story....

21 hours ago · Twitter

### Six Star Pro Nutrition | Shop For Premium Supplements

Ad · www.sixstarpro.com/ ▾

From The Makers Of MuscleTech, America's Number 1 Selling Body Building Supplement Brand. Shop
Pre-Workout Powders, Post Workout Whey Protein, Creatine, BCAAs, And More. Award-Winning Taste.
Made In The USA. Save Now. Smart Price.

Six Star Pre-Workout · Recipes · Train Like Our Athletes

Panorama City · 5 locations nearby

Searches related to six star pro dj

hollywood dj                    pssl
sonido live                     six dj
pro audio store los angeles     dj supply company
123dj                           dj lighting store

1  2  3  4  5  6  7  8  9  10      Next

91403, Los Angeles, CA - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

 Google     six star dj                                    Q                           Sign in

All     Videos     Shopping     Maps     News     More              Settings     Tools

Page 2 of about 175,000,000 results (0.38 seconds)

A Tour Of Six Star DJ (Where We Buy Our Gear) - YouTube
https://www.youtube.com/watch?v=GNzEEqtg2Jl
Sep 7, 2008 - Uploaded by AbstractSteeloShow
This is just a quick look inside six star dj, the store where we buy our gear. The
guys at the place were nice ...

SIX STAR DJ GEAR, PRO AUDIO & LIGHTING (@sixstardj) | Twitter
https://twitter.com/sixstardj?lang=en ▾
The latest Tweets from SIX STAR DJ GEAR, PRO AUDIO & LIGHTING (@sixstardj). 950 East 11th Street
- Los Angeles, CA 90021 - 1-213-612-5886.

Six Star DJ Reviews | Glassdoor
https://www.glassdoor.com/Reviews/Six-Star-DJ-Reviews-E279344.htm ▾
Six Star DJ reviews. A free inside look at company reviews and salaries posted anonymously by
employees.

 Six Star DJ Packages – Tagged "Shure" – Sonido Live
https://www.sonidolive.com/collections/six-star-dj-packages/shure ▾
DJ Mixer Packages · Pioneer DJ Mixers · Numark DJ Mixers · Denon DJ Mixers · Allen & Heath DJ
Mixers · Rane DJ Mixers · Serato DJ-Compatible Mixers.

Six Star D J Los Angeles CA, 90021 – Manta.com
https://www.manta.com › ... › Wholesale Sound Systems and Equipment ▾
Get information, directions, products, services, phone numbers, and reviews on Six Star D J in Los
Angeles, CA. Discover more Electronic Parts and Equipment, ...

Six Star, DJ Accessories - Newegg.com
https://www.newegg.com/Product/ProductList.aspx?N...IsNodeId=1&Submit... ▾
Six Star Dj MA-2MH250W Lighting Case to hold 2 x Elation Power Spot 250 Moving Head ... Six Star Dj
MA-3UBP MA-3UBP 3U BLANK RACK PANEL.

Six Star DJ - Los Angeles, CA | Groupon
https://www.groupon.com › ... › Personal Services › Classes › Skills & Hobbies ▾
Whether you need practice gear or game gear, Six Star Dj in Los Angeles has everything you need.You'll
find an amazing selection of mountain bikes here, ...

Six Star Dj Reviews, Ratings | Convenience Stores near 1113 E 11th ...
https://reviews.birdeye.com/six-star-dj-149119960352404 ▾
Rating: 4.2 · 143 reviews
143 customer reviews of Six Star Dj. One of the best Convenience Stores, Sporting Goods, Retail
business at 1113 E 11th St, Los Angeles CA, 90021.

Best Buy: Six Star DJ MARATHON 18" Speaker (Each) PA-18500
https://www.bestbuy.com/site/six-star-dj-marathon-18-speaker-each/3323946.p?... ▾
Shop Six Star DJ MARATHON 18" Speaker (Each) at Best Buy. Find low everyday prices and buy online
for delivery or in-store pick-up. Price Match Guarantee.

How to get to Six Star Dj in Los Angeles by Bus, Light Rail or Subway ...
https://moovitapp.com › Countries/Regions › United States › Los Angeles ▾
Rating: 4.4 · 627,814 votes · Free · Travel
Moovit helps you to find the best routes to Six Star Dj using public transit and gives you step by step
directions with updated schedule times for Bus, Light Rail or ...

Searches related to six star dj

3/2/2019
Case 2:19-cv-07586-CJC-FFM   Document 1   Filed 08/30/19   Page 38 of 57   Page ID #:38
six star dj - Google Search

| | |
|---|---|
| **hollywood** dj | star dj **speakers** |
| **sonido live** | dj star |
| **pro audio store los angeles** | **guitar center** |
| **http** star dj | **123dj** |

Previous   1 2 3 4 5 6 7 8 9 10   Next

**91403, Los Angeles, CA** - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

Six Star DJ Packages – Tagged "Shure" – ...
Sonido Live › collections › shure

Home › Six Star DJ Packages › Shure. Shop by Brand. Accu-Cable · AKAI Pro · AKG · Allen & Heath · American Audio · American DJ +

Six Star DJ / - Eliminator Lighting
Eliminator Lighting › www.sixstardj.com

Six Star DJ. Address: 950 EAST 11TH STREET Los Angeles CA 90021 US. Phone: 213-488- 0198. www.sixstardj.com ...

Six Star Dj Stereos & Equipment | Find Great Home Theater & Audio Deals ...
Overstock.com › Electronics › brand, › cat

Six Star Dj Stereos & Equipment : Overstock. com - Your Online Stereos & Equipment Store! Get 5% in rewards with Club O!

Six Star Dj Reviews, Ratings | Convenience Stores near 1113 E 11th St , Los ...
BirdEye › reviews › six-star-dj-1491199...





2:16

10:55

Six Star DJ - QSC Speakers

A Tour Of Six
(Where We B

Nov 25, 2008

Sep 7, 2008



SIX STAR PRO SOUND & LIGHTING
Twitter › sixstardj

Contact me directly for factory direct pricing &
orders!!! www.facebook.com/sto...

3 days ago



Six Star Pro DJ | Sonido Live - DJ Equipment
Packages

Sonido Live › collections › six-star-pro-d...

To be a Six Star DJ, you must
acquire the necessary DJ gear
to perform. Often the
entrepreneurial type, six star
DJs have a lot of things to



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

 

SIX STAR DJ           Q

All    Videos    Shopping    Maps    News    More          Settings    Tools

Page 2 of about 101,000,000 results (0.41 seconds)

**ADJ On Tour at Six Star DJ - YouTube**
https://www.youtube.com/watch?v=x2FY88eS-u0

Aug 18, 2011 - Uploaded by AbstractSteeloShow
Just a quick look at ADJ On Tour stop at **Six Star DJ** in Los Angeles. Thanks to everyone that showed up.

**Six Star DJ | Sonido Live - DJ Equipment Packages – Tagged "DJ ...**
https://www.sonidolive.com/collections/six-star-dj-packages/dj-lighting ▾
To be a **Six Star DJ**, you must acquire the necessary DJ gear to perform. Often the entrepreneurial type, six star djs have a lot of things to keep track of. In some ...

**Brand: Six Star DJ - Walmart**
https://www.walmart.com/c/brand/six-star-dj ▾
**Six Star Dj** MA-WIRELESS Utility Case for Wireless Systems. Price. $105.24. List price $142.21. Save $36.97. Product Title ...

**Six Star Pro Sound & Lighting 950 E 11th St Los Angeles, CA Stereos ...**
https://www.mapquest.com/us/california/six-star-pro-sound-lighting-10774493 ▾
I have been a friend and customer of **Six-Star DJ** for decades because that's the way it works there... you're a friend first! Over the years I have received ...

**Six Star DJ - Los Angeles, CA | Groupon**
https://www.groupon.com › ... › Personal Services › Classes › Skills & Hobbies ▾
Whether you need practice gear or game gear, **Six Star Dj** in Los Angeles has everything you need.You'll find an amazing selection of mountain bikes here, ...

**Best Buy: Six Star DJ MARATHON 18" Speaker (Each) PA-18500**
https://www.bestbuy.com/site/six-star-dj-marathon-18-speaker-each/3323946.p?... ▾
Shop **Six Star DJ** MARATHON 18" Speaker (Each) at Best Buy. Find low everyday prices and buy online for delivery or in-store pick-up. Price Match Guarantee.

**Six Star DJ Gear, Pro Audio & Lighting - Posts | Facebook**
https://www.facebook.com › ... › Six Star DJ Gear, Pro Audio & Lighting ▾
Rating: 4.6 - 85 votes
**Six Star DJ** Gear, Pro Audio & Lighting, Los Angeles, California. 11K likes. FACTORY DIRECT PRICING - Call for exclusive discounts! Usually lower than the...

**Six Star, DJ Accessories - Newegg.com**
https://www.newegg.com/Product/ProductList.aspx?N...IsNodeId=1&Submit... ▾
Newegg.com offers the best prices on computer products, laptop computers, LED LCD TVs, digital cameras, electronics, unlocked phones, office supplies, and ...

**Six Star DJ Inc | ZoomInfo.com**
https://www.zoominfo.com/c/six-star-dj-inc/35127809 ▾
View **Six Star DJ** Inc (www.sixstardj.com) location in California, United States, revenue, industry and description. Find related and similar companies as well as ...

**Six Star D J Los Angeles CA, 90021 – Manta.com**
https://www.manta.com › ... › Wholesale Sound Systems and Equipment ▾
Get information, directions, products, services, phone numbers, and reviews on **Six Star D J** in Los Angeles, CA. Discover more Electronic Parts and Equipment, ...

**Six star DJ | Free Shipping on eBay**
Ad www.ebay.com/ ▾
Rating for ebay.com: 4.6 - On-time delivery: 95%+
Buy **Six star DJ** on eBay. Money Back Guarantee! Under $10. Fill Your Cart With Color. Top Brands. World's Largest Selection. We Have Everything. Huge Savings. Make Money When You Sell. Returns

Electronics · Trending on eBay · Gift Cards · Fashion · Music · Sell on eBay

Searches related to SIX STAR DJ

**sonido live**                               dj **stores**

dj **store los angeles**          dj star

dj **supply**                                   dj **equipment stores online**

dj **supply company**             dj **lighting store**

Previous     1   2   3   4   5   6   7   8   9   10     Next

**90004, Los Angeles, CA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E



# How To Choose the Right DJ Equipment

*"Am I looking for an all-in-one DJ controller, a standalone DJ mixer, turntables? Vinyl or Digital? What DJ headphones suit me best? Do I need a 15-inch speaker or a 12-inch? What's the difference?"*

These are some of the questions you'll be asking yourself as you weigh the options, pros, and cons of each piece of gear you're exploring.

In the ever-expanding world of DJing, beginner DJs can run into confusion when deciding on the best gear to get started with. And don't worry about the feeling — even seasoned DJs can be stricken with anxiety when deciding on their next DJ gear to purchase. And that's why we at Sonido Live are here to assist!

You've probably been researching at a few ideas for some time now. While you have lots of options to choose from, we've selected some of our favorite equipment and packages for beginning DJs, and this is the best way to look at it: the six stars of DJing - the **SIX STAR DJ**.

# SOUND

# LIGHTING

USD ▼

# CONTROL SYSTEM

# MONITOR

# MICROPHONE

# DJ ACCESSORIES





**$399.⁹⁹**

**Add to cart**

Starting at $36/mo with *affirm*. Prequalify now

Case 2:19-cv-07586-CJC-FFM　Document 1　Filed 08/30/19　Page 47 of 57　Page ID #:47

## QUICK LINKS

USD ⌄

Search

About us

Contact us

Rentals

Installations

Customer Care Center

Sitemap

## GET CONNECTED



## CONTACT US

✉ sales@sonidolive.com

☎ (213) 269-8411

☎ Español: (213) 688-8860

📍 1140 E. 11th Street. Los Angeles, CA 90021

## NEWSLETTER

Sign up for promotions

> your-email@example.com

Subscribe

| your-email@example.com | Subscribe |

Copyright © 2019, Sonido Live.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT F



Google    six star dj    🔍



All    Videos    Shopping    Maps    News    More      Settings    Tools

About 132,000,000 results (0.70 seconds)

**SIX STAR PRO SOUND & LIGHTING - FBT, QSC, ADJ, AMERICAN DJ ...**
www.sixstardj.com/ ▾
Six Star DJ Gear, Pro Audio & Lighting - The best deals on DJ equipment, DJ lighting, DJ Flight and Road cases, Flight road cases, Tour Ready Cases, Midi ...
Speakers · Monitors · Cases · Racks · Stands · Info · Terms · Amplifiers
You've visited this page 5 times. Last visit: 3/10/19

**Six Star Pro DJ | Sonido Live - DJ Equipment Packages**
https://www.sonidolive.com/collections/six-star-dj-packages ▾
To be a Six Star DJ, you must acquire the necessary DJ gear to perform. ... DJs, and this is the best way to look at it: the six stars of DJing - the SIX STAR DJ.
You've visited this page 2 times. Last visit: 2/25/19

**Six Star Pro Sound & Lighting - 355 Photos & 15 Reviews - Electronics ...**
https://www.yelp.com › Shopping › Musical Instruments & Teachers
Rating: 3.5 · 15 reviews · Price range: $$
15 reviews of Six Star Pro Sound & Lighting "Six Star one of the best local places to go ... I've been using Six Star DJ Gear for many years and have always been ...

**Six Star DJ, Inc | Better Business Bureau® Profile**
https://www.bbb.org/us/ca/los-angeles/profile/audio.../six-star-dj-inc-1216-13064475 ▾
This organization is not BBB accredited. Audio Visual Equipment in Los Angeles, CA. See BBB rating, reviews, complaints, & more.

### Videos



5:15

**ADJ On Tour at Six Star DJ**

AbstractSteeloShow
YouTube · Aug 18, 2011

10:55

**A Tour Of Six Star DJ (Where We Buy Our Gear)**

AbstractSteeloShow
YouTube · Sep 7, 2008

9:02

**Six Star DJ Location #2**

AbstractSteeloShow
YouTube · Dec 30, 2009

**Amazon.com Seller Profile: Six Star DJ Gear, Pro Audio & Lighting**
https://www.amazon.com/sp?seller=A12Q5XAXKCGWY4 ▾
Founded in 1996, SIX STAR DJ GEAR, PRO AUDIO & LIGHTING is your number one source for DJ Gear, Pro Sound, Pro Audio & Stage Lighting Products.

**Working at Six Star DJ | Glassdoor**
https://www.glassdoor.com/Overview/Working-at-Six-Star-DJ-EI_IE279344.11,22.htm ▾
See what employees say it's like to work at Six Star DJ. Salaries, reviews, and more - all posted by employees working at Six Star DJ.

**SIX Star DJ Inc: Company Profile - Bloomberg**
https://www.bloomberg.com/profiles/companies/1333848D:US-six-star-dj-inc ▾
Six Star D.J., Inc. was founded in 1998. The company's line of business includes the wholesale distribution of electronic parts and electronic communications ...

**Best Buy: Six Star DJ MARATHON 18" Speaker (Each) PA-18500**
https://www.bestbuy.com/site/six-star-dj-marathon-18-speaker-each/3323946.p?... ▾



See photos     E 12th St

## Six Star Pro Sound & Light
### Pro DJ, Live Sound, Pro Au
### Specialists

[ Website ]   [ Directions ]   [ ★ Saved ]

3.6   48 Google reviews

DJ supply store in Los Angeles, California

Store selling DJ equipment, karaoke machines, gear, club lighting & more.

**Address:** DJ Gear, Pro Audio, Live Sound, Pro Li SSPSAL.com, 950 East 11th Street, Los Ang
**Hours: Open** · Closes 5PM ▾
**Phone:** (213) 612-5886

Suggest an edit

**Know this place?** Answer quick questions

### Questions & answers
Be the first to ask a question

### Saved in your lists
Starred places

**Send to your phone**

### Reviews ⓘ      Edit yo

k   "Good **deals**, well stocked, knowledgeab

M   "**Prices** & Quality always GREAT!!!"

A   "Six Star has the **best** selection in newly **products**."

David Saghian - Edit
a year ago

View all Google reviews

Posts from Six Star Pro Sound & Li
Pro DJ, Live Sound, Pro Audio & Tr

View previous posts on Google

Posts from Six Star Pro Sound & Li

People also search for

Shop **Six Star DJ** MARATHON 18" Speaker (Each) at Best Buy. Find low everyday prices and buy online for delivery or in-store pick-up. Price Match Guarantee.

Brand: Six Star DJ - Walmart

https://www.walmart.com/c/brand/six-star-dj ▾

**Six Star Dj** MA-WIRELESS Utility Case for Wireless Systems. Price. $105.24. List price $142.21. Save $36.97. Product Title ...





Hollywood DJ
DJ supply store

L.A. DJ SHOP - LIVE SO...
DJ supply store

Sonido Live - The Los Ange...
DJ supply store

## Searches related to six star dj

sonido live

dj **store los angeles**

dj **stores**

dj **supply company**

dj **warehouse store**

dj **supplier**

dj **equipment store**

dj **supply near me**

1  2  3  4  5  6  7  8  9  10        Next

**Mid City, Los Angeles, CA** · Based on your past activity · Use precise location · Learn more

Help        Send feedback        Privacy        Terms

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT G



How To Choose the Right DJ Equipment

*"Am I looking for an all-in-one DJ controller, a standalone DJ mixer, turntables? Vinyl or Digital? What DJ headphones suit me best? Do I need a 15-inch speaker or a 12-inch? What's the difference?"*

*These are some of the questions you'll be asking yourself as you weigh the options, pros, and cons of each piece of gear you're exploring.*

*In the ever-expanding world of DJing, beginner DJs can run into confusion when deciding on the best gear to get started with. And don't worry about the feeling — even seasoned DJs can be stricken with anxiety when deciding on their next DJ gear to purchase. And that's why we at Sonido Live are here to assist!*

*You've probably been researching at a few ideas for some time now. While you have lots of options to choose from, we've selected some of our favorite equipment and packages for beginning DJs, and this is the best way to look at it: the six stars of DJing - the* **SIX STAR DJ***.*

## SOUND

# LIGHTING

USD ⌄

# CONTROL SYSTEM

# MONITOR

# MICROPHONE

# DJ ACCESSORIES

 1



$ **6,899.** ⁰⁰

**Add to cart**

*Starting at $608/mo with* **affirm**. *Prequalify now*





USD

## $209.99

**Add to cart**

*Starting at $19/mo with* **affirm**. *Prequalify now*





## $399.99

**Add to cart**

*Starting at $36/mo with* **affirm**. *Prequalify now*





**$349.<sup>99</sup>**

USD ▾

**Add to cart**

*Starting at $31/mo with* **affirm***. Prequalify now*



**$3,499.<sup>00</sup>**

**Add to cart**

*Starting at $308/mo with* **affirm***. Prequalify now*



**$64.<sup>99</sup>**

**Add to cart**

*Starting at $12/mo with* **affirm***. Prequalify now*





USD

**$144.⁹⁹**

**Add to cart**

*Starting at $13/mo with* affirm. *Prequalify now*

**QUICK LINKS**

*Search*

*About us*

*Contact us*

*Rentals*

*Installations*

*Customer Care Center*

*Sitemap*

**GET CONNECTED**

  

**CONTACT US**

✉ *sales@sonidolive.com*

☎ *(213) 269-8411*

☎ *Español: (213) 688-8860*

📍 *1140 E. 11th Street, Los Angeles, CA 90021*

**NEWSLETTER**

*Sign up for promotions*

*your-email@example.com*



Subscribe

USD ∨

your-email@example.com

Subscribe

---

*Copyright © 2019, Sonido Live.*







-->